UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
14 MAR 24 PM 3: 35

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    vs.<br><br>RIGOBERTO PARDO-RUELAS (1),<br><br>                  Defendant. | CASE NO. 13cr4196-WQH<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

_X_ the Court has granted the motion of the defendant for a judgment of dismissal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

8:1326(a) and (b) - Attempted Reentry of Removed Alien

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 24, 2014

William Q. Hayes
U.S. District Judge